**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :   No. 38 EAL 2024
:
Respondent      :
:
:   Petition for Allowance of Appeal
:   from the Order of the Superior Court
v.      :
:
:
ERIC MARCED,      :
:
Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 1st day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.